UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

LAGO RESORT & CASINO, LLC d/b/a DEL LAGO RESORT & CASINO,

                Defendant.

1:22-cv-05997 (JLR)

**ORDER OF DISMISSAL**

JENNIFER L. ROCHON, United States District Judge:

      The Complaint in this action was filed on July 14, 2022. ECF No. 1. On October 20, 2022, the Court ordered Plaintiff to show good cause in writing why service of the Summons and Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure – or, if Plaintiff believed service had been made, to demonstrate when and in what manner service was made within the 90 days. ECF No. 6. The Court notified Plaintiff that if he did not show good cause by November 3, 2022, the Court would dismiss the Complaint. *Id*. Plaintiff did not file anything by the deadline.

      Additionally, the Court ordered Plaintiff to serve the October 20, 2022 Order on Defendant and file proof of service by October 25, 2022. *Id*. Plaintiff failed to do so. And on September 20, 2022, the Court ordered Plaintiff to file a status letter within two weeks of that order. ECF No. 5. Plaintiff never filed a letter.

      Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to CLOSE the case.

Dated: November 4, 2022
       New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge